**Order entered December 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00667-CV

### JOSEPH ABUZAID, Appellant

### V.

### ANANI, LLC, BIG D CONCRETE, INC., MUAMAR ANANI AND HANADI ANANI, Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06938**

## ORDER

Before the Court is appellees' December 6, 2016 unopposed second motion to extend the time to file appellees' brief. Appellees' motion is **GRANTED**. Appellees' brief shall be filed by December 20, 2016. We caution appellees that further extensions may not be granted.

/s/    CRAIG STODDART
JUSTICE